FILED
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JPME

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No.: '07 MJ 8959 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | Title 18 U.S.C. § 2252(a)(4)(B) Possession of Images of Minors Engaged in Sexually Explicit Conduct |
| Niel MORGAN | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about July 17, 2007, within the Southern District of California, defendant Neil Stuart MORGAN did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, including files "04sitfuck1" and "sabnetfck1" that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Timothy Ballard, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 4TH DAY OF DECEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

JPMG

1  UNITED STATES OF AMERICA
2       v.
   Nathan MORGAN

3                    **STATEMENT OF FACTS**

4       I am a Senior Special Agent ("SSA") with the United States Department of Homeland
5  Security, Immigration and Customs Enforcement ("ICE") and am currently assigned to the Office
6  of the Assistant Special Agent in Charge, El Centro, CA ("ASAC/CA"), Cybercrimes division, and
7  have been in this position since December 2003. This complaint is based on my own investigation
8  as well as information received from fellow ICE Agents and other law enforcement officers.
9       Starting in or about April 2007, ICE agents conducted Internet searches for child pornography
10 videos being downloaded and shared on peer-to-peer file share networks. By June 2007, it was
11 revealed that child pornography videos were allegedly being possessed and distributed from the
12 residence of Jerry MORGAN: 1601 Drew Rd, Space 39, El Centro, CA. On July 17, 2007, a federal
13 search warrant for child pornography was executed at the MORGAN residence.
14      During the search, Special Agent Timothy Ballard conducted a non-custodial interview of
15 Jerry MORGAN's son, Nathan MORGAN. After Nathan MORGAN was advised of his Miranda
16 rights, to which he acknowledged and waived, he admitted to having downloaded child pornography
17 and to having masturbated to images of children as young as 8 years of age. One of the computers
18 seized and analyzed was a Gateway desktop, which was taken from Nathan MORGAN's bedroom
19 and which Nathan MORGAN claimed was his. It was to this computer that Nathan MORGAN
20 claimed to have downloaded the child pornography. The computer analysis revealed hundreds of
21 alleged child pornography videos/images contained on the computer. One of those videos was a file
22 titled "hussyfanPTHC_11yomanyorgasms!!!!!", which is a video depicting naked prepubescent girls
23 engaged in masturbation. The children also fondle and perform oral sex on each other. The children
24 also speak to each other in what appears to be an Eastern European language.
25
26
27
28