KAREN P. HEWITT
United States Attorney
ALESSANDRA P. SERANO
Assistant U.S. Attorney
California State Bar No. 204796
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 557-7084

Attorneys for Plaintiff
United States of America

FILED
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8959

IN THE MATTER OF ) Magistrate Case No.:
)
NATHAN MORGAN, ) MOTION AND ORDER TO SEAL
)
_____ ) UNSEALED AS OF 12/6/07

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Alessandra P. Serano, Assistant United States Attorney, and hereby moves that all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

DATED: DECEMBER 4, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ ALESSANDRA P. SERANO
Assistant U.S. Attorney