FILED
DEC 0 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF ) Magistrate Case No. '07 MJ 8959
)
NATHAN MORGAN, ) ORDER TO SEAL
)
_____ ) UNSEALED AS OF 12/6/07

Upon motion of the UNITED STATES OF AMERICA and good cause appearing in that the investigation is ongoing.

IT IS HEREBY ORDERED that the complaint, arrest warrant with supporting documents of SPECIAL AGENT TIMOTHY BALLARD in support of the captioned matter and this order be sealed until further order of this Court.

IT IS SO ORDERED.

DATED: DECEMBER 5, 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

Presented by:
KAREN P. HEWITT
United States Attorney

_____
ALESSANDRA P. SERANO
Assistant U. S. Attorney